UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SANCHEZ-RIVERA,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No.:  22-cv-1254-BAS-BGS<br><br>**ORDER DENYING THIRD MOTION FOR APPOINTMENT OF COUNSEL [ECF 36]** |

On May 15, 2023, Plaintiff filed a single-page document captioned "Motion for Counsel." (ECF 36.) Although the document does not contain any text beyond the caption, Plaintiff's name, and case number, the Court construes the filing as a Motion for Appointment of Counsel.

Plaintiff has moved for the appointment of counsel on two previous occasions. (*See* ECF 5, 20.) The Court denied both motions. (*See* ECF 10, 26.) As before, Plaintiff has failed to show exceptional circumstances warranting the appointment of counsel. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *see also Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citing *Agyeman v. Corrs. Corp. of Am.*, 390 F.3d 1101, 1103

///

1   (9th Cir. 2004)). Accordingly, Plaintiff's third Motion for Appointment of Counsel is
2   **DENIED**.

3       **IT IS SO ORDERED**.

4   Dated: May 19, 2023

_____
Hon. Bernard G. Skomal
United States Magistrate Judge